# In The United States Court Of Appeals
## FOR THE DISTRICT OF COLUMBIA

**September Term 2012**

Case Nos. 13-7012                             1:09-cv-00319-BAH

Gregory Bowyer and Gerald Pennington,

    Appellants

v.

District of Columbia, et al.,

    Appellees

## CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Appellant certifies as follows:

    A.    Parties, Intervenor, and Amici Curiae.

    B.    Rulings Under Review.

The ruling under review is the December 20, 2012 order from the United States District court for the District of Columbia, (Judge Beryl A. Howell) in civil action No. 09cv319 granting Defendants' Motion for Summary Judgment.

    C.    Related Cases

        None.

Respectfully submitted,

*Donald M. Temple, Esq.*
Donald M. Temple, Esq.
DONALD M. TEMPLE, P.C.
1101 15th Street, N.W.
Suite 910
Washington, DC 20005
202-628-1101
202-628-1149 fax
dtemplelaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of February 2013 a copy of the foregoing was served by use of the Court's Electronic Filing System, upon the following

Patricia B. Donkor, Esq.
Assistant Attorney General
Steven J. Anderson, Esq.
Assistant Attorney General
441 Fourth Street, N.W.
Suite 600S
Washington, DC 20001

*Donald M. Temple*
Donald M. Temple